01
02
03
04
05
06          UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF WASHINGTON
07                    AT SEATTLE

08 UNITED STATES OF AMERICA,           )
                                       )   CASE NO. CR06-309-TSZ
09         Plaintiff,                  )
                                       )
10         v.                          )   SUMMARY REPORT OF U.S.
                                       )   MAGISTRATE JUDGE AS TO
11 HOA DUY TUONG,                      )   ALLEGED VIOLATIONS
                                       )   OF SUPERVISED RELEASE
12         Defendant.                  )
   _____)
13

14         An evidentiary hearing on supervised release revocation in this case was scheduled

15 before me on January 11, 2012.   The United States was represented by AUSA Lisca

16 Borichewski and the defendant by Ralph Hurvitz.   The proceedings were digitally recorded.

17         Defendant had been sentenced on or about March 23, 2007 by the Honorable Thomas S.

18 Zilly on a charge of Possession of MDMA with Intent to Distribute, and sentenced to 37 months

19 custody, three years supervised release.

20         The conditions of supervised release included the standard conditions plus the

21 requirements that defendant participate in a substance abuse program, abstain from alcohol,

22 submit to search, participate in a mental health program, provide his probation officer with

01 financial information upon request, and not associate with any known gang members. (Dkt.
02 23.)

03 Defendant's probation officer reported that defendant tested positive for opiates on
04 December 22, 2009. He was reprimanded and placed in a structured testing program. No
05 further action was taken at the time. (Dkt. 31.) Defendant tested positive for cocaine on March
06 19, 2010, admitting use on March 17, 2010. He was reprimanded and referred for professional
07 assessment. No further action was taken at the time. (Dkt. 32.)

08 In an application dated July 21, 2011 (Dkt.33, 34), U.S. Probation Officer Jennifer Van
09 Flandern alleged the following violations of the conditions of supervised release:

10 1. Committing the crime of Felon in Possession of a Weapon on or about July 13,
11 2011, in Seattle, Washington, in violation of the general condition that he not commit a federal,
12 state, or local crime.

13 Defendant was advised in full as to those charges and as to his constitutional rights.

14 Defendant admitted the violation and waived any evidentiary hearing as to whether it
15 occurred. (Dkt. 42.)

16 I therefore recommend the Court find defendant violated his supervised release as
17 alleged and that the Court conduct a hearing limited to the issue of disposition. The next
18 hearing will be set before Judge Zilly, at the sentencing on the underlying charge.

19 / / /

20 / / /

21 / / /

22 / / /

01    Pending a final determination by the Court, defendant has been detained.

02    DATED this 11th day of January, 2012.

03

04                                        Mary Alice Theiler
                                          United States Magistrate Judge

05

06

07  cc:    District Judge:         Honorable Thomas S. Zilly
           AUSA:                   Lisca Borichewski
08         Defendant's attorney:   Ralph Hurvitz
           Probation officer:      Jennifer Van Flandern

09

10

11

12

13

14

15

16

17

18

19

20

21

22